2/02/16 4:24PM

# United States Bankruptcy Court
## District of Maryland

In re __Deborah Lynn Ekonomides__  
Debtor(s)

Case No. __15-20748__  
Chapter __13__

## PRE-CONFIRMATION CERTIFICATION - AMENDED

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date __February 2, 2016__         Signature __/s/ Deborah Lynn Ekonomides__
                                            __Deborah Lynn Ekonomides__
                                            Debtor