UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>DEBORAH LYNN EKONOMIDES<br>FKA DEBORAH LYNN RAINIER<br>    Debtor<br>_____<br>SETERUS, INC. AS THE AUTHORIZED SUBSERVICER<br>FOR FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION ("FANNIE MAE"), CREDITOR C/O<br>SETERUS, INC.<br><br>    Movant<br>v.<br>DEBORAH LYNN EKONOMIDES<br>FKA DEBORAH LYNN RAINIER<br>    Debtor/Respondent<br>and<br>EMMANUEL G. EKONOMIDES<br>    Co-Debtor/Co-Respondent<br>and<br>ROBERT S. THOMAS, II<br>    Trustee/Respondent | Case No. 15-20748-DER<br><br>Chapter 13 |

---

**FIRST NOTICE OF NON-COMPLIANCE**
**RE: 9217 PEACH BLOSSOM AVENUE, PERRY HALL, MD 21128**

    NOTICE IS HEREBY GIVEN by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. (the "Movant") through the undersigned counsel, that Deborah Lynn Ekonomides fka Deborah Lynn Rainier (the "Debtor") and Emmanuel G. Ekonomides (the "Co-Debtor") is in default and failed to comply with the terms of this Court's Order dated July 18, 2017. Movant hereby files this First Notice of Non-Compliance (the "First Notice"), and respectfully represents as follows:

1.     An Agreed Order Modifying Automatic Stay was entered by the Court in this case on July 18, 2017 (the "Agreed Order").

2.     The Debtor is in default under the terms of the Agreed Order.  The Debtor has failed to make the following payments required by the terms of the Agreed Order (the "Default"):

January 01, 2018 Monthly Payment    $2,770.75

BWW#:MD-137147

| | |
|---|---|
| February 01, 2018 Monthly Payment | $2,837.52 |
| March 01, 2018 Monthly Payment | $2,837.52 |
| April 01, 2018 Monthly Payment | $2,837.52 |
| May 01, 2018 Monthly Payment | $2,837.52 |
| June 01, 2018 Monthly Payment | $2,837.52 |
| July 01, 2018 Monthly Payment | $2,837.52 |
| Attorney Fee | $100 |
| <u>Suspense</u> | <u>$1,028.95</u> |
| Total Default | $18,866.92 |

3. Pursuant to the terms of the Agreed Order, the Debtor must take one of the following actions within ten (10) days of the date of this First Notice (the "Cure Period"): i) cure the default by tendering <u>$18,866.92</u> to the Movant in certified funds or cashier's check or ii) file an objection with the Court stating no default exists.

4. Any cure of the Default must include payment of all amounts set forth herein, as well as any payments which have subsequently become due under the terms of the Agreed Order and any amounts that are due at the time the Debtor cures the Default. Acceptance of partial payment by the Movant during the Cure Period shall not constitute a satisfaction or waiver of the First Notice. Any and all payments payments should be made payable to the Movant at the following address:

Seterus, Inc.<br>
PO Box 1047,<br>
Hartford, CT 06143

5. Pursuant to the terms of the Agreed Order, failure by the Debtor to take the appropriate action within the Cure Period will result in TERMINATION of the automatic stay.

Respectfully Submitted,

Dated: <u>July 20, 2018</u>

/s/ Nikita Joshi
Nikita Joshi, Esq. Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555 (p), 301-961-6545 (f)
bankruptcy@bww-law.com
*Attorney for the Movant*

BWW#:MD-137147

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of July, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing First Notice of Non-Compliance will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

Alon Nager, Esq.

     I hereby further certify that on this 20th day of July, 2018, a copy of the foregoing First Notice of Non-Compliance was also mailed first class mail, postage prepaid, to:

Deborah Lynn Ekonomides
fka Deborah Lynn Rainier
9217 Peach Blossom Avenue
Perry Hall, MD 21128

Emmanuel G. Ekonomides
9217 Peach Blossom Avenue
Perry Hall, MD 21128

Emmanuel G. Ekonomides
PO Box 43504
Nottingham, MD 21236

/s/ Nikita Joshi
Nikita Joshi, Esq.

BWW#:MD-137147