# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

In re:  DEBORAH LYNN EKONOMIDES          Case No.:  15-20748-DER

_____Debtor(s)_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Robert S. Thomas, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  07/31/2015.
2)  The plan was confirmed on  03/27/2016.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was completed on  03/12/2020.
6)  Number of months from filing or conversion to last payment:  56.
7)  Number of months case was pending:  58.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  28,085.77.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $45,883.64 | |
| Less amount refunded to debtor: | $1,410.14 | |
| **NET RECEIPTS:** | | $44,473.50 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,771.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,416.93 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,187.93 |

Attorney fees paid and disclosed by debtor:  $729.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCED RADIOLOGY | Unsecured | 40.00 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,132.00 | 1,088.25 | 1,088.25 | 1,088.25 | 87.61 |
| AMERICREDIT FINANCIAL SERVICES IN | Secured | 19,000.00 | 19,000.00 | 13,777.02 | 13,777.02 | 1,163.78 |
| AMERICREDIT FINANCIAL SERVICES IN | Secured | NA | .00 | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SERVICES IN | Unsecured | NA | 4,215.08 | 4,215.08 | 4,215.08 | 340.12 |
| ASPIRE | Unsecured | 1,698.00 | NA | NA | .00 | .00 |
| AT&T MOBILITY | Unsecured | 1,800.00 | NA | NA | .00 | .00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 737.50 | 737.50 | 737.50 | 59.53 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 697.50 | 697.50 | 697.50 | 56.16 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 510.00 | .00 | .00 | .00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,205.00 | 1,205.00 | 1,205.00 | 97.24 |
| BARCLAYS BANK DELAWARE | Unsecured | 3,420.00 | NA | NA | .00 | .00 |
| BGE | Unsecured | 507.65 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,758.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,293.00 | NA | NA | .00 | .00 |

                             UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

In re:  DEBORAH LYNN EKONOMIDES

Case No.:  15-20748-DER

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CASHNETUSA | Unsecured | 655.00 | 783.81 | 783.81 | 783.81 | 63.34 |
| CAVALRY SPV I LLC | Unsecured | 2,060.00 | .00 | .00 | .00 | .00 |
| CHILDRENS HEART INSTITUTE | Unsecured | 25.74 | NA | NA | .00 | .00 |
| COMPTROLLER OF THE TREASURY | Priority | 1,321.40 | 1,298.00 | 1,298.00 | 1,298.00 | .00 |
| COMPTROLLER OF THE TREASURY | Unsecured | NA | 96.00 | 96.00 | 96.00 | 7.77 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 188.43 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 427.00 | NA | NA | .00 | .00 |
| GREEN TREE | Secured | 129,994.29 | NA | NA | .00 | .00 |
| HOLLY HILLS MEMORIAL GARDENS | Unsecured | 6,662.04 | NA | NA | .00 | .00 |
| HSBC BANK NEV NA | Unsecured | 1,137.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 2,053.01 | 2,053.01 | 2,053.01 | 2,053.01 | .00 |
| JOHNS HOPKINS | Unsecured | 150.00 | .00 | .00 | .00 | .00 |
| JOHNS HOPKINS | Unsecured | NA | .00 | .00 | .00 | .00 |
| JOHNS HOPKINS | Unsecured | NA | .00 | .00 | .00 | .00 |
| JOHNS HOPKINS FED CREDIT UNION | Unsecured | 730.00 | NA | NA | .00 | .00 |
| JOHNS HOPKINS PHYSICIANS | Unsecured | 110.00 | NA | NA | .00 | .00 |
| KENNEDY KRIEGER | Unsecured | 298.91 | NA | NA | .00 | .00 |
| LHR INC | Unsecured | 197.00 | NA | NA | .00 | .00 |
| MACYS | Unsecured | 1,611.00 | NA | NA | .00 | .00 |
| MB ROI | Unsecured | 100.00 | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | 1,534.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT INC | Unsecured | 1,102.73 | .00 | .00 | .00 | .00 |
| PORANIA LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 263.00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 245.00 | 283.05 | 283.05 | 283.05 | 22.81 |
| RJM ACQ LLCRJ | Unsecured | 117.00 | NA | NA | .00 | .00 |
| SALUTE | Unsecured | 1,728.00 | NA | NA | .00 | .00 |
| TRIBUTE | Unsecured | 2,440.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

41

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### NORTHERN DIVISION

In re:  DEBORAH LYNN EKONOMIDES                                      Case No.:  15-20748-DER

          Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | Secured | 2,603.00 | 9,152.99 | 9,152.99 | 9,152.99 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 9,152.99 | 9,152.99 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 13,777.02 | 13,777.02 | 1,163.78 |
| **TOTAL SECURED:** | 22,930.01 | 22,930.01 | 1,163.78 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,351.01 | 3,351.01 | .00 |
| **TOTAL PRIORITY:** | 3,351.01 | 3,351.01 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,106.19 | 9,106.19 | 734.58 |

| **Disbursements:** | | | |
|---|---|---|---|
| Expenses of Administration: | $7,187.93 | | |
| Disbursements to Creditors: | $37,285.57 | | |
| **TOTAL DISBURSEMENTS:** | | | $44,473.50 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   05/29/2020                              By:   /s/Robert S. Thomas, II
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.